■ AMERICAN SURETY COMPANY, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent, et al., Defendant. — Judgment entered September 18, 1956, and order entered August 10, 1956, granting defendant's motion for summary judgment, etc., unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [3 Misc 2d 363.]

■ NATIONAL CITY BANK OF NEW YORK et al., as Trustees under the Will of GEORGE H. NORMAN, Deceased, Respondents, v. EDITH H. BEEBE, Individually and as Executrix of MABEL N. CERIO, Deceased, et al., Respondents, and FREDERICK H. PRINCE, JR., Individually and as Executor of NORMAN PRINCE, Deceased, Appellant. — Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein, payable out of the appointive share of Abbie Norman Prince in the trust estate. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of McBRIDE'S THEATRE TICKET OFFICES, INC., Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent. — Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Breitel, J. P., Botein, Rabin and Bergan, JJ.

■ HUGH MORGAN, JR., et al., Copartners Doing Business under the Name of DUER, STRONG & WHITEHEAD, Respondents-Appellants, v. ARISTOTLE S. ONASSIS, Appellant-Respondent, et al., Defendant. — Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ In the Matter of PETER J. ECONOM, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, et al., Respondents. — Order unanimously affirmed, with $50 costs and disbursements to the respondents. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ JOHN DIXON, Appellant, v. GEORGE SHERIDAN, as President of the Exhibition Employees Union, Local 829, of the International Alliance Theatrical Stage Employees and Motion Picture Machine Operators, Respondent. — Order unanimously affirmed, without costs. Our determination is based on the premise that there remains open to the plaintiff an adequate avenue of review of his grievance within the frame of the union constitution and rules; and thus we do not now reach the question of plaintiff's right to judicial remedy if that review is refused or is determined adversely to him. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ.

■ PETER ERIKSEN et al., Respondents, v. WASHINGTON CORP. et al., Appellants, et al., Defendants. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.

■ LUCILLE DE LANEY, Appellant, v. BERT A. GREEN et al., Respondents. — Order unanimously affirmed, with $20 costs and disbursements to the respondents. In affirming, we do not necessarily adopt the views stated by the learned court below. Concur — Botein, J. P., Rabin, Frank, Valente and McNally, JJ.